**FILED**
JEFFREY A. APPERSON, CLERK
MAR 1 6 2005
U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY

**VERDICT FORM**

| | |
|---|---|
| **United States District Court** | **District**<br>Western District of Kentucky |
| **Case Title**<br><br>UNITED STATES OF AMERICA<br><br>v.<br>LEONARD KRANE | **Docket No.**<br><br>CRIMINAL ACTION NO. 3:03CR-93-S |

WE, THE JURY, IN THE ABOVE ENTITLED AND NUMBERED CASE FIND:

The defendant, Leonard Krane, _____ as to Count 1 of the indictment.
(guilty/not guilty)

The defendant, Leonard Krane, __Not Guilty__ as to Count 2 of the indictment.
(guilty/not guilty)

The defendant, Leonard Krane, _____ as to Count 3 of the indictment.
(guilty/not guilty)

The defendant, Leonard Krane, __Not Guilty__ as to Count 4 of the indictment.
(guilty/not guilty)

| Foreperson's Signature<br>*Stephanie M Pedigo* | Date<br>3-16-05 |
|---|---|