FILED (SG)
US DISTRICT COURT CLERK
WESTERN DISTRICT OF KY

05 MAY 17 PM 1:12

# United States District Court
## Western District of Kentucky

Chambers of
Charles R. Simpson III
District Judge

247 U.S. Courthouse
601 W. Broadway
Louisville, Kentucky 40202
(502) 625-3600
Fax: (502) 625-3619

March 15, 2005

3:03-CR-93-S
USA v. Krane

Members of the Jury,

    In answer to your question, you must follow the instructions on the law which the court has given you in reaching your verdicts in this case.

Charles R. Simpson III
United States District Judge

CRS/ngb