# United States District Court
## Western District of Kentucky

Chambers of
Charles R. Simpson III
District Judge

March 15, 2005

247 U.S. Courthouse
601 W. Broadway
Louisville, Kentucky 40202
(502) 625-3600
Fax: (502) 625-3619

3:03-CR-93-S
USA v. Krane

Members of the Jury,

    In response to your question, you should continue your deliberations with a view to reaching unanimous agreement as to all counts if you can do so.

Charles R. Simpson III
United States District Judge

CRS/ngb